UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Richard and Shelagh McEvoy,
Co-Administrators of the
Estate of Kevin McEvoy</u>

      v.                Case No. 09-cv-431-SM

<u>Hillsborough County Department
of Corrections, Superintendent, et al.</u>

**J U D G M E N T**

In accordance with the following orders, judgment is hereby entered:

1.  Order entered March 30, 2011, granting Motion for Voluntary Nonsuit as to Defendant Robert Mailhot, LPN, without prejudice;

2.  Order entered June 20, 2011, granting Motion for Voluntary Nonsuit as to Defendants Captain Marc Cusson, Sergeant Walter Brooks, Project Supervisor Tony Sawyer, Officer Courtney Faucher, Caseworker Robert Bourgeois and Captain Willie Scurry, without prejudice;

3.  Order entered August 9, 2011, granting Motion for Voluntary Nonsuit as to Individual Hillsborough County Defendants, without prejudice, and the

4.  Stipulation for Docket Markings with Prejudice filed on August 19, 2011.

                                          By the Court,

                                          <u>/s/  James R. Starr</u>

                                          James R. Starr, Clerk

August 19, 2011

cc:    Joseph F. McDowell, II, Esq.
        Jeffrey B. Osburn, Esq.
        John Curran, Esq.
        Jonathan Lax, Esq.